UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREY DURAN LEYVA,

Petitioner,

v.

WARDEN, CALIFORNIA CITY DETENTION FACILITY,

Respondent.

No. 1:26-cv-04038-DJC-CKD

RELEASE ORDER

A#: 206-002-596

On August 7, 2027, the Court adopted Findings and Recommendations from the assigned Magistrate Judge and ordered that Respondents provide Petitioner with a constitutionally adequate bond hearing before an immigration Judge. (ECF No. 7.) On September 1, 2026, Petitioner filed a Motion to Enforce Judgment arguing that the hearing Petitioner had received did not comport with the Court's Order. (ECF No. 19.) In response, Respondent conceded that ". . . the custody hearing did not implement the Court's Order . . ." as "[t]he immigration judge [] did not conduct the ordered individualized inquiry into danger or flight risk under a clear-and-convincing standard." (ECF No. 22 at 1.) Respondent subsequently informed the Court that EOIR had denied Petitioner's request for a new custody redetermination hearing.

In ordering the bond hearing, the Court informed Respondent that "[i]f Petitioner is not provided a bond hearing in this time, Respondents are ordered to immediately release Petitioner from their custody." (ECF No. 16 at 2.) In light of Respondent's concession that a bond hearing that complied with the Court's order, as well as the fact that EOIR has refused to correct the error, release is mandatory under the Court's order.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's Motion to Enforce Judgment (ECF No. 19) is GRANTED.
2. Respondents are ORDERED to immediately release Petitioner Andrey Duran Leyva from their custody. Respondents shall not impose any additional restrictions on Petitioner, unless that is determined to be necessary at a future pre-deprivation/custody hearing. Respondents are permanently ENJOINED AND RESTRAINED from re-arresting or re-detaining Petitioner absent compliance with constitutional protections, which include, at a minimum, pre-deprivation notice describing the change of circumstances necessitating Petitioner's arrest and detention, and a timely hearing. At any such hearing, the Government shall bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight, and Petitioner shall be allowed to have their counsel present. This Order does not address the circumstances in which Respondents may detain Petitioner in the event Petitioner becomes subject to an executable final order of removal.
3. The Clerk of the Court is directed to serve California City Detention Facility with a copy of this Order.

////

////

////

4. This Order Resolves Petitioner's Request for Emergency Ruling (ECF No. 25).

IT IS SO ORDERED.

Dated: **September 29, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE